UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALLY BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN W. WEBSTER, in his capacity as administrator of the Estate of Peter James Lynch, | ) ) ) |
| | ) Case No. 2:19-cv-21 |
| and | ) |
| | ) |
| BEST FRIENDS ANIMAL SOCIETY, INC., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION FOR DISTRIBUTION AND DISMISSAL

The parties to this action, by and through their undersigned counsel, hereby STIPULATE and AGREE as follows:

1. The funds deposited by Ally Bank into the Court's registry on August 28, 2020 in the amount of $274,055.47 and any accrued interest shall be disbursed as follows:

    a. A check in the amount of One Hundred Twenty-Four Thousand Dollars ($124,000.00) shall be issued to "Best Friends Animal Society", and delivered to its counsel, Clint R. Hansen, Esq., FabianVanCott, 215 South State Street, Suite 1200, Salt Lake City, UT 8411-2323.

    b. A check in the amount of the balance of the funds deposited with the Court shall be issued to "Stephen W. Webster, in his capacity as Administrator of the Estate of Peter James Lynch," and delivered to his counsel, Stephen D. Ellis, Esq., Paul Frank + Collins P.C., One Church Street, PO Box 1307, Burlington, Vermont 05402.

2. This action shall be DISMISSED WITH PREJUDICE as to all claims which are, were, or could have been asserted herein, each party to bear its own costs and attorneys' fees.

*Plaintiff Ally Bank*

By: */s/ John C. Lynch*
John C. Lynch, Esq.
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Date     10/06/2020

By: */s/ Shannon Lamb*
Shannon Lamb, Esq.
Pratt Vreeland Kennelly Martin & White, Ltd.
64 North Main Street
P.O. Box 280
Rutland, VT 05702-0280
Date     10/06/2020

*Defendant Stephen W. Webster, in his capacity as administrator of the Estate of Peter James Lynch*
By: */s/ Stephen D. Ellis*
Stephen D. Ellis, Esq.
Paul Frank + Collins P.C.
One Church Street
Burlington, VT 05402-1307
Date     10/06/2020

*Defendant Best Friends Animal Society a/k/a Best Friends Animal Sanctuary*
By: */s/ Scott McGee*
P. Scott McGee, Esq.
Hershenson, Carter, Scott & McGee
PO Box 909
Norwich, VT 05055
Date     10/06/2020

**APPROVED and SO ORDERED:**          /s/ William K. Sessions III
                                       William K. Sessions III
                                       U.S. District Judge

Date:  October 7, 2020